**DENY and Opinion Filed May 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00917-CV

### IN RE TORI THOMAS, Relator

**Original Proceeding from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-0465**

### MEMORANDUM OPINION
Before Justices Molberg, Reichek, and Smith
Opinion by Justice Smith

Relator's petition for writ of mandamus challenges the trial court's September 27, 2021 order dismissing for lack of standing relator's petition to modify the trial court's prior final order appointing the Department of Family and Protective Services conservatorship of relator's cousins.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of relator's petition and supporting record, we conclude relator has demonstrated neither that the trial court clearly abused its discretion nor that relator lacked an adequate appellate remedy. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

Having denied the petition, we also deny relator's motion to stay as moot.

 

 /Craig Smith/ 
CRAIG SMITH
JUSTICE

210917F.P05